## William C. Martin, Appellant, v. New York, Chicago and St. Louis Railroad Company, Appellee.

### Gen. No. 45,444.

Fuerst and Fuerst, and Schwartzberg & Barnett, for appellant; Mark T. Barnett, Herbert S. Ogden, and Harry G. Fins, of counsel; Winston, Strawn, Shaw & Black, for appellee; Douglas C. Moir, and Edward J. Wendrow, of counsel. Opinion by Justice Feinberg. **Not to be published in full.** Opinion filed March 19, 1952; released for publication April 25, 1952.